754

GEARLENE HEMINGWAY, Appellant, v U.S. BANK NATIONAL, Respondent.

Submitted September 27, 2004; decided November 30, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* CPLR 5601). Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* CPLR 5602). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON ORTIZ, Also Known as CARLOS PIRIS RODRIGUEZ, Appellant.

Submitted November 1, 2004; decided November 30, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of Supreme Court entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90, 450.15 [1]).